S. Peter Serrano
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

10/22/25

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:25-CR-0095-RLP |
| Plaintiff, | SUPERSEDING INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), Distribution of 5 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| JACKSON WYATT BROWN, ROMAN ANDRES GONZALEZ, and AUSTIN DESHANE VALENTINE (a/k/a "88"), | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine (Count 2) |
| Defendants. | 18 U.S.C. § 1951(a), Robbery Affecting Commerce (Count 3) |
| | 18 U.S.C. § 924(c)(1)(A)(ii), Brandishing a Firearm During and In Relation to a Crime of Violence (Count 4) |

SUPERSEDING INDICTMENT – 1



18 U.S.C. § 1951(a),
Conspiracy to Commit Robbery
Affecting Commerce
(Count 5)

18 U.S.C. §§ 922(g)(1), 924(a)(8),
Felon in Possession of a Firearm
(Count 6)

21 U.S.C. § 853, 18 U.S.C.
§ 924(d)(1), 18 U.S.C.
§ 981(a)(1)(C), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about May 13, 2025, in the Eastern District of Washington, the Defendant, JACKSON WYATT BROWN, knowingly and intentionally distributed 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## COUNT 2

On or about May 15, 2025, in the Eastern District of Washington, the Defendant, JACKSON WYATT BROWN, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

At all times material to this count of the Superseding Indictment, Victim 1 was engaged in an activity that affected interstate commerce.

On or about May 15, 2025, in the Eastern District of Washington, the Defendants, JACKSON WYATT BROWN, ROMAN ANDRES GONZALEZ, and AUSTIN DESHANE VALENTINE (a/k/a "88"), did unlawfully obstruct, delay,

SUPERSEDING INDICTMENT – 2

and affect commerce, and the movement of articles and commodities in such commerce, by robbery, in that the Defendants did unlawfully take and obtain property consisting of a firearm that had traveled in interstate and foreign commence, and U.S. Currency in the form of a drug debt, from Victim 1, in their presence and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2.

## COUNT 4

On or about May 15, 2025, in the Eastern District of Washington, the Defendant, JACKSON WYATT BROWN, did knowingly brandish and use a firearm, that is a silver .38 caliber hammerless revolver with wood grip, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Robbery Affecting Commerce, as charged in Count 3, in violation of 18 U.S.C. § 1951(a); all in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 5

At all times material to this count of the Superseding Indictment, Victim 1 was engaged in an activity that affected interstate commerce.

On or about May 15, 2025, in the Eastern District of Washington, the Defendants, JACKSON WYATT BROWN, ROMAN ANDRES GONZALEZ, and AUSTIN DESHANE VALENTINE (a/k/a "88"), did conspire to unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, in that the Defendants did unlawfully take and obtain property consisting of a firearm that had traveled in interstate and foreign commence, and U.S. Currency, from Victim 1, in their presence and against their will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, in violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2.

SUPERSEDING INDICTMENT – 3

## COUNT 6

On or about May 17, 2025, in the Eastern District of Washington, the Defendant, ROMAN ANDRES GONZALEZ, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a black hammerless Ruger Model LCR .357 Magnum revolver bearing serial number 546-27128, which had been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853 upon conviction of an offense(s) in violation of 21 U.S.C. § 841 as set forth in this Superseding Indictment, the Defendant, JACKSON WYATT BROWN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 1951(a), as set forth in this Superseding Indictment, the Defendants, JACKSON WYATT BROWN, ROMAN ANDRES GONZALEZ, and AUSTIN DESHANE VALENTINE (a/k/a "88"), shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 1951(a); and/or 18 U.S.C. § 924(c)(1)(A)(ii); and/or 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this

SUPERSEDING INDICTMENT – 4

Superseding Indictment, the Defendants, JACKSON WYATT BROWN and ROMAN ANDRES GONZALEZ, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

Defendant JACKSON WYATT BROWN (Counts 3, 4 and 5)

- a silver .38 caliber hammerless revolver with wood grip

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED: this 22nd day of October 2025.

A TRUE BILL



S. Peter Serrano
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

SUPERSEDING INDICTMENT – 5